IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR CRIMINAL COMPLAINT FOR MARCI ANDERSON WAHL | Case No. ____________________ |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Joshua Gutstein, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint charging Marci Anderson Wahl with Entering or Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1) and (b)(2).

2. I am a Special Agent with the United States Secret Service, and have been since July 2015. I am assigned to the Protective Intelligence Squad, which handles investigations into, among other things, threats against the White House and its grounds and Secret Service protectees such as the President of the United States and his family. I have been in law enforcement since 2008.

3. The facts in this affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. Marci Anderson Wahl is a United States citizen who resides in California. She does not work at the White House or the Treasury Department Building in Washington, D.C., and she has no authorized business at those locations.

5. During the evening of March 21, 2017, Officer Graham Blair of the United States Secret Service (USSS) was on duty at an area that includes the White House or its grounds, stationed near the south fence line. He was in a marked Secret Service uniform.

6. The White House or its grounds, which includes among other things the Treasury Department Building and the White House Mansion and grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House or its grounds, which has an exterior fence surrounding it. There are also fences that separate the Treasury Department Building from the White House. The USSS monitors and restricts the area at all times.

7. At approximately 10:45 p.m. on March 21, 2017, Officer Blair observed an unknown female, later identified as Marci Anderson Wahl, hereinafter Wahl, walking westbound, just south of the southside fence separating the Ellipse from the White House and its grounds. Wahl was observed stopping multiple times and staring at the White House. Officer Blair then saw Wahl walking northbound from E Street and pausing in the area when she reached the west side of the south fence line. Officer Blair then observed Wahl hanging from the inside of the fence by her shoelaces, which were caught on the top of the fence. Officer Blair radioed for assistance, and other officers converged on Wahl's location. (One assisted to keep Wahl from falling on her head). Wahl stated that she knew she was at the White House, and that she was there to speak to the President. At approximately 12:05 a.m. on March 22, 2017, Wahl was placed under arrest for unlawful entry.

8. During a search incident to arrest, law enforcement located a floor plan of the interior of the White House, and a letter to the President. In a consensual interview, Wahl stated she was motivated by the recent success of other "fence jumpers" trying to access the White House.

Wahl stated that she could "jump the fence and talk to POTUS because he made it to the door," apparently referencing a recent incident involving another jumper.

9. On March 22, 2017, Wahl appeared for presentment at D.C. Superior Court for the unlawful entry charge. Wahl was released, with the written condition that she stay away from the area of the "White House Grounds which is the area bounded by I (eye) Street NW, 14th Street NW, Constitution Ave NW, and 18th Street NW." A map of the bounded area was provided to Wahl with a legend with the names of the streets and avenues marking the bounded area. <u>See</u> Attachment A.

10. On March 24, 2017, at approximately 8:40 a.m., at 1615 H Street NW, Washington, D.C., USSS law enforcement observed Wahl walking eastbound on H Street just north of Lafayette Square, and determined Wahl had a stay away from the area. Wahl was arrested and found to be in possession of the stay away notice and map at Attachment A. Wahl stated that she had "lost track of where I was" and was walking to the courthouse for a urinalysis appointment. On March 24, 2017, Wahl was presented at D.C. Superior Court, and charged with Contempt of Court, in violation of D.C. Code § 23-1329, for failure to comply with the stay away notice. Wahl was again released, and was issued another stay away order, which Court documents indicate is substantially similar to Attachment A.

11. On March 26, 2017, at approximately 2:17 a.m., USSS law enforcement were advised of an intrusion alarm on the south side of the Treasury Department Building, located at 1500 Pennsylvania Avenue, NW, Washington, D.C. USSS Officer Matthew Vollans observed Wahl near the west side of the south steps leading up to the Treasury Department Building. Wahl was inside the fenced south grounds of the Treasury Department Building, inside the White House or its grounds, and within the stay away bounded area. Wahl was arrested, and law enforcement located search incident to arrest in Wahl's possession the March 22, 2017, stay away order and

map included as Attachment A. Wahl also had additional maps of buildings and areas including the White House or its grounds.

12. Wahl subsequently provided a consensual interview. Wahl stated that she intended to remain in Washington, D.C. until she feels bored. Wahl stated, "I feel like I am supposed to be here right now." Wahl stated she planned to jump the fence in order to get a chance to speak with the President, even though she still had an active stay away order. After being advised that this was not the proper way to get a meeting with the President, Wahl indicated she would contact her state senator in order to schedule a meeting with the President.

## CONCLUSION

13. For the reasons stated above, there is probable cause to believe that Wahl violated 18 U.S.C. § 1752(a)(1) and (b)(2).

14. I declare under the penalty of perjury that the information provided above is true and correct.

Respectfully submitted,

______________________________________
Joshua Gutstein
Special Agent
United States Secret Service

Subscribed and sworn to before me
on March 27, 2017.

______________________________________
THE HONORABLE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE